IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN CERNOSEK                                                                                    PLAINTIFF

v.                                        Civil No. 4:19-cv-04132

WARDEN J. WALKER, Miller County
Detention Center ("MCDC"); CAPTAIN
G. ADAMS, MCDC; and SERGEANT
B. GRIFFIE                                                                                       DEFENDANTS

**ORDER**

Plaintiff Ryan Cernosek filed this case *pro se* pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's release from incarceration.

Plaintiff filed a change of address notice indicating he has now been released from custody. (ECF No. 5). When a plaintiff is released from confinement, the Court's policy is to require resubmission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. **If Plaintiff wishes to proceed with this lawsuit, he is directed to pay the $350.00 filing fee and $50 administrative fee or resubmit an *in forma pauperis* ("IFP") application which reflects his free-world financial status, no later than November 15, 2019. Plaintiff's failure to do so will result in dismissal of this lawsuit.**

**The Clerk is directed to forward an IFP application to Plaintiff.**

**The Clerk is DIRECTED to strike the portion of (ECF No. 8) directing the Clerk to collect the filing fee from the Miller County Detention Center as Plaintiff is no longer incarcerated.**

**IT IS SO ORDERED** this 29th day of October 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE