IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN CERNOSEK                                                                                          PLAINTIFF

v.                                              Civil No. 4:19-cv-04132

WARDEN J. WALKER, Miller County
Detention Center ("MCDC"); CAPTAIN
G. ADAMS, MCDC; and SERGEANT
B. GRIFFIE                                                                                            DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to Withdraw as Counsel for Sergeant Griffie in his Individual Capacity Only.  (ECF No. 29).  Defendants request that Jamie Huffman Jones, be permitted to withdraw as counsel for Defendant Griffie in his individual capacity only as Kaylen Lewis is now his attorney of record in this case.  However, Ms. Jones states she will continue to represent Defendant Griffie in his official capacity.

Defendants' Motion to Withdraw as Counsel for Sergeant Griffie in his Individual Capacity Only (ECF No. 29) is **GRANTED.  The Clerk is DIRECTED to terminate Jamie Huffman Jones as counsel for Defendant Sergeant Griffie in his individual capacity only.  Ms. Jones will continue to represent Defendant Griffie in his official capacity.  Ms Jones representation of the other Defendants will continue.**

**IT IS SO ORDERED THIS 23rd day of April 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE