IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN CERNOSEK                                                                                     PLAINTIFF

v.                                            Civil No. 4:19-cv-04132

WARDEN J. WALKER, Miller County
Detention Center ("MCDC"); CAPTAIN
G. ADAMS, MCDC; and SERGEANT
B. GRIFFIE                                                                                       DEFENDANTS

**ORDER**

Plaintiff filed this action *pro se* pursuant to 42 U.S.C. § 1983 on October 11, 2019. (ECF No. 1). His application to proceed *in forma pauperis* was granted the same day. (ECF No. 3). On December 12, 2019, the parties consented to have the undersigned conduct all proceedings in this case in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73. Before the Court is Plaintiff's Motion to Dismiss Parties. (ECF No. 34). Defendants have not filed a response.

On April 15, 2020, Plaintiff filed the instant motion stating in part, "Plaintiff wishes to request from the court that all charges and claims against the defendants, Captain Golden Adams and Warden Jeffie Walker be dismissed…". (ECF No. 34). The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 34) as a notice of voluntary dismissal of his claims against Defendants Adams and Walker pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss the claims against Defendants Adams and Walker without prejudice. Plaintiff's claims against Defendant Byron Griffie remain for resolution.

IT IS SO ORDERED this 4th day of June 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE