IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN CERNOSEK                                                                                      PLAINTIFF

v.                                         Civil No. 4:19-cv-04132

SERGEANT B. GRIFFIE                                                                         DEFENDANT

## ORDER

Plaintiff Ryan Cernosek proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's submission to the Court of an Affidavit of Nathan Kohen a former inmate in the Miller County Detention Center.  (ECF No. 41).  Defendants have not filed a response to the affidavit and the Court finds no response is necessary.

Under Rule 5(d)(1) of the Federal Rules of Civil Procedure, discovery is not to be filed with the Court unless it is being used as evidence in support of a motion, in response to a motion, or as exhibits at a hearing or trial.  Moreover, disclosures of witnesses and their testimony is not to be filed with the Court until the Court orders the parties to do so.  Fed. R. Civ. P. 26 (a)(3)(A).

Accordingly, the Clerk is **DIRECTED** to strike Plaintiff's Affidavit of Nathan Koen (ECF No. 41) from the docket as it should not have been filed with the Court.  The Clerk is further **DIRECTED** to return the Affidavit to Plaintiff along with a copy of the Pro Se Prisoner Litigation Guide.  Plaintiff is directed to read the sections of the Litigation Guide relating to what is and what is not to be filed with the Court.

**IT IS SO ORDERED this 18th day of August 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE