IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN CERNOSEK                                                                                   PLAINTIFF

v.                                        Civil No. 4:19-cv-04132

SERGEANT B. GRIFFIE                                                                         DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendant's Motions for Summary Judgment (ECF Nos. 44 and 46) are hereby **GRANTED**. Plaintiff's claims against Defendant Sergeant B Griffie are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 14th day of December 2020.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE